**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY McVEY,<br><br>   Petitioner,<br><br>  v.<br><br>KELLY SANTORO, Warden,<br><br>   Respondent. | Case No. CV 19-10486 DMG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1   IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

3

4
    DATED: December 27, 2021                 _____
5                                             DOLLY M. GEE
6                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28