# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY McVEY,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>KELLY SANTORO, Warden,<br><br>　　　　Respondent. | Case No. CV 19-10486 DMG (MRW)<br><br>JUDGMENT |

　　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　　IT IS ADJUDGED that the petition is DENIED and this action is dismissed with prejudice.

DATED: December 27, 2021

　　　　　　　　　　　　　　　　　　*/s/ Dolly M. Gee*
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE